**In re: CALGON CARBON CORPORATION.**

No. 2008–1397.

United States Court of Appeals, Federal Circuit.

March 6, 2009.

Thomas C. Wettach, Cohen & Grisgy, P.C., of Pittsburgh, PA, argued for appellant. With him on the brief was Christine W. Trebilcock.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Acting Solicitor, and Thomas L. Stoll, Associate Solicitor.

Before MAYER, RADER, and POSNER*, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

* Honorable Richard A. Posner, United States Court of Appeals for the Seventh Circuit, sitting by designation.